IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Charlottesville Division)

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
February 06, 2025
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
     DEPUTY CLERK

**MARKEL INSURANCE COMPANY**   )
)
)   Case No. 3:23-cv-0030-NKM-JCH
**Plaintiff,**   )
)
v.   )
)
**ALAN G. DILLARD, III, et al.,**   )
)
)
**Defendants.**   )
)
)

## ORDER OF DISMISSAL

Plaintiff Markel Insurance Company and all Defendants stipulate to dismissal of the unresolved causes of action in the Amended Complaint (Dkt. No. 14) pursuant to Fed. R. Civ. P. 41 as set forth herein. Upon consideration of the parties' stipulations and for good cause shown, it is hereby:

**ORDERED** that Count One is dismissed as to Defendants Alan G. Dillard, III and Angela J. Dillard, with prejudice. This Order and dismissal of Count One as to Defendants Alan G. Dillard, III and Angela J. Dillard does not affect, amend, or vacate, in any way the Order Granting Summary Judgment to Plaintiff and against Defendant Priam's Gate, LLC dated October 04, 2024 (Dkt. No. 33);

**ORDERED** that Count Two of the Amended Complaint is hereby dismissed as to Alan G. Dillard, III and Angela J. Dillard with prejudice and dismissed as to Priam's Gate, LLC without prejudice;

**ORDERED** that Count Three of the Amended Complaint is hereby dismissed as to Alan G. Dillard, III and Angela J. Dillard with prejudice and dismissed as to Priam's Gate, LLC without prejudice; and

**ORDERED** that Count Four of the Amended Complaint is hereby dismissed as to Alan G. Dillard, III and Angela J. Dillard with prejudice and dismissed as to Priam's Gate, LLC without prejudice.

IT IS SO ORDERED.

February 6, 2025
Charlottesville, Virginia

_____
Honorable Norman K. Moon
United States District Court for the
Western District of Virginia

We ask for this:

_____/s/_____
Adam M. Tuckman
VSB No. 75527
Vivian Katsantonis
VSB No. 30448
Attorneys for Plaintiff Markel Insurance Company
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
(703) 749-1000 (telephone)
(703) 893-8029 (facsimile)
E-mail: atuckman@watttieder.com
         vkatsantonis@watttieder.com

_____/s/_____
Andrew S. Goldstein
VSB No. 28421
MAGEE GOLDSTEIN LASKY & SAYERS, P.C.
Attorney for Defendants
114 Market Street SE, Suite 210
Roanoke, VA 24011
(540) 343-9800 (telephone)
(540) 343-9898 (fax)
E-mail: agoldstein@mglspc.com

2